IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SM FINANCIAL SERVICES
CORPORATION,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D13-5499

v.

GADSDEN COUNTY,
FLORIDA,  A POLITICAL
SUBDIVISION OF THE STATE
OF FLORIDA,

     Appellee.

_____/

Opinion filed January 9, 2015.

An appeal from the Circuit Court for Gadsden County.
James O. Shelfer, Judge.

John S. Mills and Andrew D. Manko of The Mills Firm, P.A., Tallahassee, for
Appellant.

Martin B. Sipple and John R. Beranek, of Ausley & McMullen, P.A., Tallahassee,
for Appellee.

PER CURIAM.

     AFFIRMED.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.